FILED
SEP 1 7 2014
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) NO. | **4:14CR00292 HEA/NCC** |
| ) | |
| PATRICK O. BRASSEL, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

    (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

    (b) "sexually explicit conduct" to mean actual or simulated

    (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

    (ii) bestiality,

    (iii) masturbation,

    (iv) sadistic or masochistic abuse, or

   (v) lascivious exhibition of the genitals or pubic area of any person (18 U.S.C. §2256(2)(A)); and

 (c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6));

 (d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

   (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

   (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about January 1, 2011, and on or about May 3, 2011, in the Eastern District of Missouri, and elsewhere,

**PATRICK O. BRASSEL,**

2

the defendant herein, did knowingly possess material that contains an image of child pornography that was produced using materials that traveled in interstate and foreign commerce, to wit, a Seagate Barracuda hard drive that was produced outside of Missouri and therefore has traveled in interstate commerce, and said computer contained child pornography, including but not limited to the following:

    1) "000_157.JPG" – a graphic image file depicting a minor female in a lascivious display of her genitals while wearing black high heels;

    2) "pret_011a-020.jpg" – a graphic image file depicting a minor female in a lascivious display of her genitals while wearing a tiger costume; and

    3) "pret_0136b_081.jpg" – a graphic image file depicting a minor female in a lascivious display of her genitals while hanging from tree branches.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

## COUNT II

The Grand Jury further charges that:

1. The allegations contained in paragraphs one, and two of Count I of this Indictment are incorporated by reference as if fully set forth herein.

2. Between on or about January 1, 2011, and on or about May 3, 2011, in the Eastern District of Missouri, and elsewhere,

**PATRICK O. BRASSEL,**

the defendant herein, did knowingly possess material that contains an image and video of child pornography that was produced using materials that traveled in interstate and foreign commerce, to wit, a Maxtor external hard drive that was produced outside of Missouri and therefore has

3

traveled in interstate and foreign commerce, and said hard drive contained child pornography, including but not limited to the following:

1) "CrazyHoliday-pictures of naked girls.rar>>CrH Crazy Holiday>>21>>crazyholiday.027.jpg" – a graphic image file depicting a minor female in a lascivious display of her genitals on a beach;

2) "CrazyHoliday – pictures of naked girls.rar>>CrH Crazy Holiday>>24>>crazyholiday004.jpg" – graphic image file of a two minor females on a beach in which one minor female is in a lascivious display of her genitals while the other nude minor female is kneeling down;

3) "Ls Video Dreams Lsd-01-02 Full (Mummy Edit) 19.55.avi" – a graphic video file depicting a minor female taking off her skirt and lasciviously displaying her genitals; and

4) "Showgirls_05_26_etc[4 sets 3 videos]/[3 videos]Happy Dancing Singing Lolitas/LS_Vidoe_105a.avi" – a graphic video file depicting a minor female taking off a green skirt and lasciviously displaying her genitals in a bedroom.

In violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

COLLEEN C. LANG, #56872MO
Assistant United States Attorney

4